AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Dallas Buyers Club, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-00491 |
| DOES 1-20 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records: Charter Communications, Inc. C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY. 8040 EXCELSIOR DRIVE .SUITE 400

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Per the attached Order, provide the name, current (and permanent) addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will provide data to you in cost-effective format if you inform us of your preferred format.

| Place: Keith A. Vogt/ Takiguchi & Vogt<br>1415 W 22nd Street, Tower Floor<br>Oak Brook, IL 60523 | Date and Time:<br>August 28, 2014  10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __July 28, 2014__

CLERK OF COURT

OR

_____   S/KEITH VOGT
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Plaintiff____
_____, who issues or requests this subpoena, are:
Keith Vogt/Takiguchi & Vogt/1415 W 22nd Street, Tower Floor/Oak Brook, IL 60523/(773) 340-9469
kvogt@TakiguchiandVogt.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:14-cv-00491

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

 $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: _____

              _____
                    *Server's signature*

              _____
                  *Printed name and title*

              _____
                    *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2014 SEP -3 PM 2: 33

PETER OPPENEER
CLERK US DIST COURT

DALLAS BUYERS CLUB, LLC

        Plaintiff,

-vs-

Case No.: 3:14-cv-00491

DOES 1-20

        Defendant.

## OBJECTION TO SUBPOENA

I, _____ object to the Subpoena which is attached to my Objection because I do not Want my identifying information disclosed in this action, so I hope that the Court will file my Objection and letter under seal so that it is not disclosed.

Dated Setember 3, 2014.

```
                DOC NO
              REC'D/FILED

           2014 SEP -3  PM 2:33

              PETER OPPENEER
            CLERK US DIST COURT
                  WD OF WI
```

**UNDER SEAL**

September 3, 2014

Clerk
U.S. District ourt
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Re:   Dallas Buyers Club, LLC v. DOES 1-20
      Case No. 3:14-cv-00491

Dear Clerk:

I am filing my Objection to Subpoena in the above case and ask that Court put both my letter and Objection under seal so that my identifying information is not disclosed.

Thank you for your consideration and assistance.

cc:   Legal-File Sharing Team-Via Fax: 314/909-0609