**Withholding of IP Address Identifying Information**

DOC NO
REC'D/FILED
2014 SEP -3  AM 10: 23
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

August 30, 2014

Re: Case No. 3:14-cv-00491

This letter related to Case No. 3:14-cv-00491, Dallas Buyer Club, LLC ("Plaintiff") v. DOES 1-20 ("Defendants"). I am one of the defendants. My IP address is 24.196.130.186. The Plaintiff has asked that my Internet Service Provider, Charter Communications, produce the name and address of all the people that are attached to their list of IP addresses.

I am filing this letter with the clerk of the US District Court, Western District of Wisconsin, to indicate that I do not authorize Charter Communications to produce that information. I was informed in a letter from Charter Communications that they would not produce this information if I request that they not do so by September 9, 2014. I have informed Charter Communications that I do not authorize them to produce this information.

I do not understand, and am concerned, how having a list of IP addresses can allow somebody to gain the personal information of somebody else. The identification of my IP address does not strike me as sufficient grounds for the production of my personal information. Please consider <u>VPR Internationale v. Does 1-1017</u>, 2011.

Respectfully,

Doe #7