September 3, 2014

United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703



Dear Sir/Mam,

    United States District Court for the Western District of Wisconsin; enclosed, please find my anonymous letter to the court specifying the objection to any and all information being released regarding the IP address. I object due to IP address of 97.83.177.175 being accessible to multiple persons. The network does not have sufficient security. With that, I object to the release of any and all information of 97.83.177.175 IP address.

Very Truly Yours,

IP Address: 97.83.177.175
Court Case Number: 3:14-cv-00493