IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| Dallas Buyers Club, LLC, | ) ) ) ) ) |
| v. | ) Case No.: 3:14-cv-00491 |
| DOES | ) ) ) ) |

**PLAINTIFF'S RESPONSE TO OBJECTIONS TO SUBPOENA**

Four defendants have file objections to the subpoena that was issued to discover the names and addressed of the defendants. [dkts. # 8 - Doe 7, # 9 - Doe unknown, # 10 - Doe 1 and # 11 - Doe 5] All objections share common themes. First, all objections raise privacy concerns. Second, several objections argue the merits by claiming that the defendant has open Wi-Fi [dkt. # 10] or aggressive, tech-savy college students hacked the secured Wi-Fi [dkt. # 11].

At this juncture, these arguments do not raise legitimate grounds to quash the subpoena. *Dallas Buyers Club v. Doe*, 2014 U.S. Dist. LEXIS 113846, 3-5, 2013 WL 4084751 (W.D. Wis. July 8, 2014). However, Plaintiff is more than willing to have the Court enter a protective order to maintain the confidentiality of the requested information if the Court feels that a protective order is needed for this matter. *Id*.

DATED: September 18, 2014    Respectfully submitted,

By:    s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971
Takiguchi & Vogt, LLP
1415 West 22nd Street, Tower Floor
Oakbrook, IL 60523
(630) 974-5707
KVogt@takiguchiandvogt.com
Attorney for Plaintiff